JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWER SISTERS LLC d/b/a KIDSPARK, individually and on behalf of all others similarly situated, | Case No. ED CV 20-1294-DMG (ASx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREAT AMERICAN INSURANCE COMPANY d/b/a GREAT AMERICAN INSURANCE GROUP, | |
| Defendant. | |

On May 20, 2021, this Court having granted Defendant Great American Insurance Company's motion to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Flower Sisters LLC, and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATED: May 20, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE